## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONNIE BARBAROTTO and** | : CIVIL ACTION |
| **HENRY BARBAROTTO, W/H** | : |
| | : |
| **v.** | : |
| | : |
| **HERSHEY ENTERTAINMENT &** | : |
| **RESORTS COMPANY** | :  NO.  02-4389 |

### ORDER

AND NOW, this 8th day of July, 2002, in consideration of expedition and economy for the parties and the Court, it is hereby **ORDERED** that the case is assigned to the Honorable M. Faith Angell, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a) and Loc. R. Civ. P. 72.1 I(e) for pretrial management purposes, including but not limited to: the utilization of Fed. R. Civ. P. 16 management procedures, the resolution of all discovery disputes and requests for sanctions, issuance of the pretrial management orders, amendments to pleadings and joinder of parties, the conduct of settlement conferences as necessary, and the seeking the consent of the parties for final resolution of the case by final judgment by the Magistrate Judge in accordance with 28 U.S.C. § 636(c) and Local Rule 72.1 III (b).  The parties are expected to hold the discovery planning conference required by Rule 26(f) and complete their Rule 26(a)(1) self-executing initial disclosure required by Rule 16(a)(1) promptly and in advance of the Rule 16(b) scheduling and planning conference with the Court, unless the case is exempt from such disclosure by Rule 26(a)(1)E.  (See Rules effective December 1, 2000)

_____
LOWELL A. REED, JR., S.J.

(12/13/00)