IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNIE BARBAROTTO** and | : | **CIVIL ACTION** |
| **HENRY BARBAROTTO, W/H** | : | |
| | : | |
| v. | : | |
| | : | |
| **HERSHEY ENTERTAINMENT &** | : | |
| **RESORTS COMPANY** | : | NO. 02-4389 |

**AMENDED**
**O R D E R**

AND NOW, this 30th day of July, 2002, it is hereby **ORDERED** that my prior Order of July 12, 2002 is hereby corrected as follows:

"[ . . . ] an initial pretrial conference will be held on **Wednesday**, September 18, 2002 at 2:20 p.m. before the Honorable M. Faith Angell, United States Magistrate Judge, Rm. 3030, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106."

Nothing in this Order is intended to alter the remaining provisions of my July 12, 2002 Order.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4389**
**TODAY'S DATE**: July 30, 2002        **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. David F. Itkoff, Esq. | 215-598-0909 |
| 2. Carol Steinour, Esq. | 717-237-5300 |